| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| District of Maine |
| Case number *(if known)*: _____    Chapter _____ 11 |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**

The ROTM Lofts, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

ROTM Lofts, LLC

**3. Debtor's federal Employer Identification Number** (EIN)

82-3535072

**4. Debtor's address**

Principal place of business

100 Main Street
Number    Street

Saco    ME    04072-3500
City    State    ZIP Code

York County
County

Mailing address, if different from principal place of business

P.O. Box 596
Number    Street

P.O. Box

Gardiner    ME    04345
City    State    ZIP Code

Location of principal assets, if different from principal place of business

Number    Street

City    State    ZIP Code

**5. Debtor's website** (URL)

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

| Debtor | The ROTM Lofts, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

 ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

 ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

 ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

 ☐ A plan is being filed with this petition.

 ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

 ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

 ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☒ Yes. District **District of Maine** When **12/29/2020** Case number **20-20469**
                                                       MM / DD / YYYY

 District _____ When _____ Case number _____
                                                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor _____ Relationship _____

 District _____ When _____
                                                       MM / DD / YYYY

 Case number, if known _____

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 2

| Debtor | The ROTM Lofts, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?_____

Number          Street

_____

City                                              State          ZIP Code

Is the property insured?

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

## Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | The ROTM Lofts, LLC | Case number (if known) |
|--------|---------------------|------------------------|
|  | Name |  |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/19/2024
MM / DD / YYYY

✗ _____        Geoffrey Houghton
Signature of authorized representative of debtor        Printed name

Title  Manager and Authorized Party

**18. Signature of attorney**

✗ _____        Date  11/20/2024
Signature of attorney for debtor                MM / DD / YYYY

Adam Prescott
Printed name
Bernstein Shur Sawyer & Nelson, P.A.
Firm name
100 Middle Street P.O. Box 9729
Number        Street
Portland                        ME        04101
City                            State      ZIP Code

2077741200                      aprescott@bernsteinshur.com
Contact phone                   Email address

6033                            ME
Bar number                      State

## THE ROTM LOFTS, LLC

## UNANIMOUS WRITTEN RESOLUTIONS OF MEMBERS
## ACTING WITHOUT A MEETING

### November 20 , 2024

The undersigned, being all of the members (the "Members") of The ROTM Lofts, LLC (the "Company"), in accordance with the Limited Liability Company Agreement of the Company (as may have been or may be amended or restated from time to time, the "Operating Agreement"), and without a meeting based on the unanimous written consent of the Members, hereby adopt and consent to the following actions and resolutions of the Company:

**WHEREAS:** The Members have reviewed and considered the financial and operating condition of the Company, including the historical performance of the Company, its assets, its current and long-term liabilities, the market for its assets, credit market conditions, and macroeconomic conditions impacting the Company, and the Members being apprised of the efforts to reorganize the Company; and further,

**WHEREAS:** The Members have determined it desirable and in the best interests of the Company, and its creditors, and other interested parties, that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and to pursue debtor in possession financing, potential sales of some or all of its assets, and/or a reorganization of the Company; and further,

**RESOLVED:** That the Company be and hereby is authorized and empowered to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Maine or any other appropriate bankruptcy court (the "Bankruptcy Court") at such time as the Company shall determine and in such form or forms as the Company may approve, and, if applicable now or in the future based on a subsequent change in applicable law, to elect to proceed as a debtor and debtor-in-possession under Subchapter V of Chapter 11; and further,

**RESOLVED:** That Geoffrey Houghton shall be, and hereby is, appointed as sole Manager of the Company, as described and defined in the Operating Agreement, and the prior resignation of Dirigo Global Strategies, LLC as Manager of the Company is hereby acknowledged and confirmed; and further

**RESOLVED:** That Geoffrey Houghton (the "Authorized Party"), acting individually, is authorized on behalf of, and in the name of, the Company, to execute and file any and all petitions, schedules, motions, lists, applications, pleadings

and other papers, to take any and all such other and further actions which the Company or its legal counsel may deem necessary or appropriate to file the voluntary petition for relief under Chapter 11, and to take and perform any and all further acts and deeds which he deems necessary, proper and desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case, including, without limitation, seeking authority to borrow under a pre- or post-petition credit facility, to grant liens and other security therefor, to sell assets, and to file and prosecute a plan of reorganization or liquidation, <u>provided</u> that to the fullest extent set forth in the Operating Agreement, the Members shall retain their right to approve and authorize (i) the sale of substantially all or all of the assets of the Company outside the ordinary course of business and (ii) the terms of any plan of reorganization or liquidation of the Company; and further,

**RESOLVED:** That the Authorized Party shall be and hereby is authorized and directed to take such actions and to make, sign, execute, acknowledge, and deliver (and record in a relevant office of the county clerk, if necessary) on behalf of the Company any and all such documents listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements, deeds, plans, or other instruments as may be reasonably required to give effect to these resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to fully perform the terms and provisions thereof; and further,

**RESOLVED:** That the Company be and hereby is authorized to retain the law firm of Bernstein, Shur, Sawyer & Nelson, P.A. ("<u>BSSN</u>") as general bankruptcy counsel to the Company in connection with the Chapter 11 case, and to pay BSSN at its standard hourly rates in connection with its representation of the Company, and to provide BSSN with a retainer in an amount to be agreed upon by BSSN and the Company, and to reimburse BSSN for any actual expenses incurred in connection with its employment by the Company, and that the Company is authorized to retain and compensate such other professionals in addition to BSSN in the Chapter 11 case as may be determined by the Authorized Party; and further

**RESOLVED:** That all prior actions of Geoffrey Houghton, Dirigo Global Strategies, LLC, and Kevin Mattson on behalf of and in the name of the Company are hereby ratified and approved as actions of the Manager and the Company, including execution by Geoffrey Houghton of that certain engagement letter with BSSN.

*[signatures to follow]*

**CLASS A MEMBER:**

By: _____

Name: Geoffrey Houghton

**CLASS C MEMBERS:**

BRICK ISLAND HOLDINGS, LLC

By: _____

Name: Geoffrey Houghton

Title: MANAGING MEMBER

STEPHEN W. FUNK TRUST u/a dtd March 18, 2005

By: _____

Name: Thomas Funk

Title: Trustee

By: _____

Name: Danielle Slaitor, in her capacity as personal representative and authorized party for the estate of Samuel M. Zaitlin

DIRIGO CAPITAL ADVISORS, LLC

By: _____

Name: Kevin J. Mattson

Title: Managing Member

DIRIGO CAPITAL STRATEGIES, LLC

By: _____

Name: Kevin J. Mattson

Title: Managing Member

By: _____

Name: Steven C. Casey

Signature Page for The ROTM Lofts, LLC Unanimous Written Resolutions of the Sole Manager and All Members Acting Without A Meeting

**CLASS A MEMBER:**

By: _____
Name: Geoffrey Houghton

**CLASS C MEMBERS:**

BRICK ISLAND HOLDINGS, LLC

By: _____
Name: Geoffrey Houghton
Title: MANAGING MEMBER


DIRIGO CAPITAL ADVISORS, LLC

By: _____
Name: Kevin J. Mattson
Title: Managing Member


STEPHEN W. FUNK TRUST u/a dtd March
18, 2005

By: _____
Name:  Thomas Funk
Title: Trustee


DIRIGO CAPITAL STRATEGIES, LLC

By: _____
Name: Kevin J. Mattson
Title: Managing Member

By: _____
Name: Steven C. Casey


By: _____
Name: Danielle Slaitor, in her capacity as
personal representative and authorized party for
the estate of Samuel M. Zaitlin

Signature Page for The ROTM Lofts, LLC Unanimous Written Resolutions of the Sole Manager
and All Members Acting Without A Meeting

**CLASS A MEMBER:**

By: _____
Name: Geoffrey Houghton

**CLASS C MEMBERS:**

BRICK ISLAND HOLDINGS, LLC

By: _____
Name: Geoffrey Houghton
Title: MANAGING MEMBER

STEPHEN W. FUNK TRUST u/a dtd March 18, 2005

By: _____
Name: Thomas Funk
Title: Trustee

By: _____
Name: Danielle Slaitor, in her capacity as personal representative and authorized party for the estate of Samuel M. Zaitlin

DIRIGO CAPITAL ADVISORS, LLC

By: _____
Name: Kevin J. Mattson
Title: Managing Member

DIRIGO CAPITAL STRATEGIES, LLC

By: _____
Name: Kevin J. Mattson
Title: Managing Member

By: _____
Name: Steven C. Casey

Signature Page for The ROTM Lofts, LLC Unanimous Written Resolutions of the Sole Manager and All Members Acting Without A Meeting

**Fill in this information to identify the case and this filing:**

Debtor Name _The ROTM Lofts, LLC_

United States Bankruptcy Court for the: _District of Maine_

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _11/21/2024_
MM / DD / YYYY

✗ _[signature]_
Signature of individual signing on behalf of debtor

Geoffrey Houghton
Printed name

Manager and Authorized Party
Position or relationship to debtor

---

**Fill in this information to identify the case:**

Debtor name ___The ROTM Lofts, LLC___

United States Bankruptcy Court for the: ___District of Maine___

Case number (If known): _____

☐ Check if this is an
amended filing

---

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Accelerated Capital Partners, LLC c/o Paul Weinstein, Esq. 431 Main Street Saco, ME, 04072 | Paul Weinstein, Esq. 207-283-4546 pweinstein@sacolaw.com | 100 Main Street, Building #3, Saco, Maine 04072 Including land, land improvements, buildings,... | | 4,800,000.00 | 3,368,693.37 | 1,431,306.63 |
| 2 | Dentons Bingham Greenbaum LLP c/o Andrew Helman, Esq. One City Center, Suite 11100 Portland, ME, 04101-6420 | 207-810-4955 andrew.helman@dentons.com | Services | | | | 56,903.50 |
| 3 | The Maine Water Company 93 Industrial Park Road Saco, ME, 04072 | 800-287-1643 | Utility Services | | | | 37,165.74 |
| 4 | Exactitude c/o Cook & Boardman 3064 Salem Industrial Dr Winston Salem, NC, 27127 | 336-768-8872 | Suppliers or Vendors | | | | 28,447.64 |
| 5 | Central Maine Power Company Attn: Bankruptcy Department 83 Edison Drive Augusta, ME, 04336-0001 | Michelle Leonard 800-565-0121 ext 3079 | Utility Services | | | | 27,664.72 |
| 6 | Saco Water Resource c/o The Maine Water Company 93 Industrial Park Road Saco, ME, 04072 | 800-287-1643 | Utility Services | | | | 9,306.39 |
| 7 | Curtis Thaxter LLC c/o David Perkins, Esq. One Canal Plaza, Ste 1000, P.O. Box 7320 Portland, ME, 04112-7320 | David Perkins 207-774-9000 dperkins@curtisthaxter.com | Services | | | | 8,108.00 |
| 8 | Consolidated Communications 1 Davis Farm Road Portland, ME, 04103 | 844-968-7224 | Utility Services | | | | 5,462.20 |

Debtor    The ROTM Lofts, LLC
_____
Name

Case number (if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Mattsons Flooring<br>747 Western Avenue #7<br>Manchester, ME, 04351 | 207-620-8888<br>mattsonsflooring@gmail.com | Suppliers or Vendors | | | | 5,175.36 |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**United States Bankruptcy Court**

IN RE:                                                    Case No._____

The ROTM Lofts, LLC
_____ Chapter ___11_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Estate of Samuel M. Zaitlin c/o Danielle Slator, Personal Representative 46 Bay View Dr, Portland, ME 04103 | 35 | Other (Class C LLC Membership Units) |
| Dirigo Capital Strategies, LLC c/o Kevin J. Mattson P.O. Box 596, Gardiner, ME 04345 | 18 | Other (Class C LLC Membership Units) |
| Stephen W. Funk Trust u/a dtd March 18, 2005 c/o Thomas Funk, as Trustee 30 Many Water Road, Bristol, VT 05433 | 5 | Other (Class C LLC Membership Units) |
| Geffrey Houghton The Liberal Cup 115 Water Street, Hallowell, ME 04347 | 15 | Other (Class A LLC Membership Units) |
| Steven C. Casey 14 Main Avenue, Gardiner, ME 04345 | 5 | Other (Class C LLC Membership Units) |
| Brick Island Holdings, LLC c/o Geoffrey Houghton The Liberal Cup, 115 Water St, Hallowell, ME 04347 | 5 | Other (Class C LLC Membership Units) |

**United States Bankruptcy Court**

IN RE:                                                          Case No._____

The ROTM Lofts, LLC                                                            11
_____ Chapter  _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Dirigo Capital Advisors, LLC c/o Kevin J. Mattson P.O. Box 596, Gardiner, ME 04345 | 17 | Other (Class C LLC Membership Units) |

United States Bankruptcy Court
District of Maine

In re: The ROTM Lofts, LLC

Case No.

Chapter    11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is
true and correct to the best of their knowledge.

Date: _____11/21/2024_____

_____
Signature of individual signing on behalf of debtor

Manager and Authorized Party
_____
Position or relationship to debtor

110 Main Street Holdings
110 Main Street
Suite 1101
Saco, ME 04072-3516

Accelerated Capital Partners, LLC
c/o Paul Weinstein, Esq.
431 Main Street
Saco, ME 04072

Alex Doody
100 Main Street
Unit # 302
Saco, ME 04072-3570

Andrew Wilde
100 Main Street
Unit # 409
Saco, ME 04072-3571

Breanna Mushero
100 Main Street
Unit # 310
Saco, ME 04072-3570

Brick Island Holdings, LLC
c/o Geoffrey Houghton
The Liberal Cup
115 Water St
Hallowell ME 04347

Callie Bellimer
100 Main Street
Unit # 307
Saco, ME 04072-3570

Cathy Wischmann
100 Main Street
Unit # 308
Saco, ME 04072-3570


Central Maine Power Company
Attn:  Bankruptcy Department
83 Edison Drive
Augusta, ME 04336-0001


Cindy Lowry
100 Main Street
Unit # 309
Saco, ME 04072-3570


City of Saco
300 Main Street
Saco, ME 04072-1583


Claire Knapp
100 Main Street
Unit # 408
Saco, ME 04072-3571


Consolidated Communications
1 Davis Farm Road
Portland, ME 04103


Consolidated Communications
PO Box 11021
Lewiston, ME 04243-9472


CP Lending
4 Milk Street
Portland, ME 04101-4236

Curtis Thaxter LLC
c/o David Perkins, Esq.
One Canal Plaza, Ste 1000
P.O. Box 7320
Portland, ME 04112-7320


Dan McCarron
30 Friar Lane
Cumberland, ME 04021-4104


Dan McCarron
c/o Steven E. Cope, Esq.
PO Box 1398
Portland, ME 04104-1398


Daniel Casey
100 Main Street
Unit # 402
Saco, ME 04072-3571


Dentons Bingham Greenbaum LLP
c/o Andrew Helman, Esq.
One City Center, Suite 11100
Portland, ME 04101-6420


Devon Doran
100 Main Street
Unit # 310
Saco, ME 04072-3570


Dillon Gillmore
100 Main Street
Unit # 301
Saco, ME 04072-3570

Dirigo Capital Advisors, LLC
c/o Kevin J. Mattson
P.O. Box 596
Gardiner ME 04345


Estate of Richard T. Schotte
c/o Roger Clement, Esq., Verrill Dana
One Portland Square
Portland, ME 04101-4054


Estate of Samuel M. Zaitlin
c/o Danielle Slator,
Personal Representative
46 Bay View Dr
Portland ME 04103


Exactitude
c/o Cook & Boardman
3064 Salem Industrial Dr
Winston Salem, NC 27127


Howard Ceccarini
100 Main Street
Unit # 401
Saco, ME 04072-3571


Internal Revenue Services
Attn: Centralized Insolvency
Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


Island Brewing
100 Main Street
Saco, ME 04072-3500

Jackson Parker
66 The Narrows
Woolwich, ME 04579-4236


Joshua Morrow
100 Main Street
Unit # 306
Saco, ME 04072-3570


Katie Kelley
100 Main Street
Unit # 404
Saco, ME 04072-3571


Katrina Manker
100 Main Street
Unit # 304
Saco, ME 04072-3570


Kiana Letourneau
100 Main Street
Unit # 406
Saco, ME 04072-3571


Maine Revenue Services
c/o Kaitlyn M. Husar, Esq., AAG
6 State House Station
Augusta, ME 04333


The Maine Water Company
PO Box 11041
Lewiston, ME 04243-9411


The Maine Water Company
93 Industrial Park Road
Saco, ME 04072

Mattsons Flooring
747 Western Avenue #7
Manchester, ME 04351


Megan Malewicki
100 Main Street, Unit #406
Saco, ME 04072-3571


Office of the U.S. Attorney
100 Middle Street
East Tower, 6th Floor
Portland, ME 04101-0000


Patrons Oxford Insurance Company
c/o Paquin & Carroll, LLC
260 Main Street, P.O. Box 356
Biddeford, ME 04005


Paul Peace
100 Main Street
Unit # 411
Saco, ME 04072-3571


Randy J. Creswell, Esq.
Creswell Law
P.O. Box 7340
Portland, ME 04112-7340


Raymond Gouin, III
100 Main Street
Unit # 403
Saco, ME 04072-3571

Ryan Liepe
100 Main Street
Unit # 311
Saco, ME 04072-3570


Saco Water Resource
c/o The Maine Water Company
93 Industrial Park Road
Saco, ME 04072


Samantha Guerra
100 Main Street
Unit # 305
Saco, ME 04072-3570


Sean Roche
100 Main Street
Unit # 405
Saco, ME 04072-3571


Spectrum
118 Johnson Road
Portland, ME 04102


Stacey Smart
100 Main Street
Unit # 311
Saco, ME 04072-3570


State of Maine
Bureau of Revenue Services
Compliance Division Bankruptcy Unit
P.O. Box 9107
Augusta, ME 04332-9107

Stephen W. Funk Trust
c/o Thomas Funk, as Trustee
30 Many Water Road
Bristol VT 05433


Steven C. Casey
14 Main Avenue
Gardiner ME 04345


Tamika Levesque
100 Main Street
Unit # 303
Saco, ME 04072-3570


Tiffany VanLangen
100 Main Street
Unit # 407
Saco, ME 04072-3571


Timothy S. Murphy, Esq.
Prescott Jamieson Murphy Law Group
37 Beach Street
Saco, ME 04072


U.S. Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203


U.S. Small Business Administration
200 W. Santa Ana Blvd., Ste 740
Santa Ana, CA 92701-7534


Warren Rosenkran
100 Main Street
Unit # 308
Saco, ME 04072-3570

Willow Ross
100 Main Street
Unit # 410
Saco, ME 04072-3571


Zurich Insurance
PO Box 4664
Carol Stream, IL 60197-4664